# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JOHNNY R. CORDREY,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL NO. 07-cv-870-JPG |
| **DONALD A. HULICK,** *et al.*, | ) ) ) | |
| Defendants. | ) | |

## NUNC PRO TUNC ORDER

**GILBERT District Judge:**

This matter is before the Court *sua sponte*. On July 2, 2008, this Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* on appeal (Doc. 22). The Order erroneously directed Plaintiff to pay $255 in appellate filing and docketing fees when it should have directed Plaintiff to pay $455 in such fees. Accordingly, the last paragraph of the Court's prior Order (Doc. 22) is **STRICKEN** and the following paragraph is inserted, *nunc pro tunc,* in its place:

> Because Plaintiff has had three or more prior dismissals and is not under imminent danger of serious physical injury, his request to proceed *in forma pauperis* on appeal is **DENIED**. Plaintiff shall tender the appellate filing and docketing fee of $455 to the Clerk of Court in this District within **FIFTEEN (15) DAYS** of the date of entry of this Order, or he may reapply to the Seventh Circuit Court of Appeals for leave to proceed *in forma pauperis* on appeal.

**IT IS SO ORDERED.**

**Dated: July 9, 2008.**

                                                                s/ J. Phil Gilbert
                                                                U. S. District Judge